CAUSE NO. 1259653-C

November 23, 2015

34,388-13

COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308, CAPITOL STATION
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta. Clerk

ABEL ACOSTA
CLERK

Dear Sir,

I am writing to inquire whether or not the trial court did infact forwarded my § 11.07 Writ of Habeas Corpus to this Court? Cause No./Writ No. 1259653-C. I never received notice from this Court, Sir, and I'd like to be certain. The trial court responded/ruled on said writ on October 21, 2015.

Any and all assistance concerning this matter is greatly appreciate, Sir.

Thank You, Sincerely-Respectfully

Crystal G. Roberson #1915067
Petitioner Pro Se
(LM Unit) K2B-70
1916 N. Hwy 36 Bypass
Gatesville, TX 76596